1983 Form

# In the United States District Court
# For the Middle District of Alabama

RECEIVED
JUL 31 AC 9: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Lee McAtee 147346

2:07 cv 692 - WKW

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Al. Governor Bob Riley;
Al. Attorney General Troy King;
The Alabama Dept. of Public
Safety et.al.

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement *Bibb County Correct Facility Brent, Alabama*

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? *N/A*

      2. What was the result? *N/A*

   D. If your answer is NO, explain why not? *N/A*

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) *Roy Lee McAteer*

      Address *Bibb County Corr. Facility, 565 Bibb Ln., Brent, Al. 35034*

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _Bob Riley_

is employed as _Governor_

at _State of Alabama 600 Dexter Ave. Montg. Ala. 36130_

C. Additional Defendants _Troy King, Attorney General State of Ala._
_303 State House 11 So. Union St. Montg. Al. 36130_
_Alabama Dept. of Public Safety – 301 So Ripley St._
_P.O. Box 1511 Montg. Al. 36130_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

This is a Civil Rights action challenging the Constitutionality of the Alabama Community Notification Act (Hereafter CNA).

Background

I was convicted in 1988 of a sex offense in Tuscaloosa County Al. My sentence was 15 yrs. split 18 months to serve. In 1996 or thereabouts the Alabama legislature enacted CNA. This enactment and the subsequent enforcement of it, and application to myself of the laws related to this act, and the penalties attached to this act, encroach upon my constitutional rights in the following ways:

1. CNA violates the Bill of Attainder Clause. CNA's mandates are impossibly harsh, and they are applied without restraint or ~~e~~ escapability. Pains and penalties. Vindictiveness.

2. C.N.A. violates The Ex Post Facto Clause. The State of Alabama and myself made an agreement in 1988. I would plead guilty to a specific crime for a specific punishment. CNA and the laws attached to it have increased my punishment beyond that specified at my sentencing.

3. C.N.A. Violates The Double Jeopardy Clause. At the (Additional Grounds see attached)

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to make the determination that serious questions of Constitutional Law are at issue and to grant me immediate injunctive relief until such time as this action is processed through the Courts. Such relief to entail enjoining the defendants herein named from applying sex offender registry requirements to myself, enjoining defendants from publicly disseminating information about my background, my living arrangements (Additional Relief see attached)

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-18-07__
(date)

_Roy McAtoor_

Signature(s)

### Grounds Continued

moment of C.N.A.'s enactment and application to myself, C.N.A. effectively subjected me to a subsequent conviction for a crime for which I had already been sentenced. It did this by increasing the punishment.

4. C.N.A. is a violation of <u>The Due Process Clauses</u> of the U.S. Constitution. The absence of any kind of hearing in which a person convicted of a sex offense in the State of Alabama can challenge his/her inclusion in a state run registry intended for dissemination to the public, details of such person's private residence, place of employment, background, etc. — People subjected to C.N.A. mandates suffer serious losses of fundamental Constitutional Rights, i.e. life, liberty, and the pursuit of happiness. To subject a person (myself) to the loss of these rights without an opportunity to defend (myself) themselves renders C.N.A. of Alabama Constitutionally infirm.

### Relief Continued

or places of employment. Enjoining defendants from placing restrictions on where I may live or requiring that I give prior notice when establishing residence. In short I am asking the Court to determine that this action has merit and to grant any and all relief that may be just and proper under the premises.

Roy McAteer 147346
(B-39) 565 Bibb Ln.
Brent, Al. 35034

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $00.90⁰
0002367336 JUL 30 2007
MAILED FROM ZIP CODE 35034

USA FIRST-CLASS FOREVER

USPS 35203 JUL

U.S. District Court
For The Middle District of Alabama
P.O. Box 711
Montgomery Al.
36101-0711

36101$0711 B007