Case Number

| ID | YR | NUMBER |
|----|----|--------|

(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

__United States District Court for The Middle District of Alabama__
[Insert appropriate court]

__Roy Lee McAfee 147346__
(Petitioner)

2:07cv692-WKW

vs.

__Ala. Gov. Bob Riley; Ala. Attorney Gen. Troy King; Ala. Dept of Public Safety__
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Roy Lee McAfee__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ___   No ✓

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. __Nov. 2005 about $2500.00 – $3000.00 per month__

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes ___   No ✓

    b. Rent payments, interest, or dividends?
       Yes ___   No ✓

    c. Pensions, annuities, or life insurance payments?
       Yes ___   No ✓

    d. Gifts or inheritances?
       Yes ___   No ✓

    e. Any other sources?
       Yes ___   No ✓

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No ✓

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *Self - I am presently incarcerated.*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __7-11-07__
                (Date)

*Roy Lee McAteer*
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __Ø__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Bibb Correctional__ institution:

_____
_____

__7/12/07__
DATE

*Rita Breland*
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
JUL. 12, 2007              USER: BRELAND, RITA                    INMADB
                     COMPUTE AVERAGE DAILY BALANCE




              ENTER THE INMATE'S AIS NUMBER ===>    147346

           ENTER THE "AS OF" DATE (CCYYMMDD) ===>   20070712


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE
```