McAtee

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

1. Article Addressed to:

Alabama Department of Public Safety
P. O. Box 1511
Montgomery, AL 36102-1511

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 0 2 2007

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

2:07cv692 (Cmp|order to dys)

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4905

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540