McAfee

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Governor Bob Riley
Office of the Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130-2751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Idress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

2:07cv692 (cmpl order 40 dys)

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 4899

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540