McAfee

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

2:07cv692 (Complaint to dys)

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 4882

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Catherine Kennedy   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CATHERINE KENNEDY   8-6-07

dress different from item 1?   ☐ Yes
delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540