In The United States District Court for
The Middle District Of Alabama
Northern Division

RECEIVED
2007 AUG 16 A 9: 2

A.P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Lee McAteer 147346
        Plaintiff

vs.                                         Civil Action No. 2:07-CV-692-WKW
Bob Riley et.al.,                                          WO
        Defendants

Request For Service Of Process

        Comes now Roy McAteer, the plaintiff in the above styled
cause and requests of this Honorable Court that it effects service
of process of all pleadings plaintiff submits and in support thereof
states the following:

1.    Plaintiff is indigent and cannot because of his indigency
undertake service of process on the defendants because of cost
considerations.
2.    The Alabama Dept. of Corrections only allows two legal stamps per
week per inmate.

                        Conclusion

        With the above premises considered plaintiff prays that this
Honorable Court will grant his request.
                Respectfully submitted this 14th day of August 2007.
                                Roy Lee McAteer

Roy Lee McAfee 147346
(B1158) 565 Bibb Lane
Brent, Al. 35034

CHANGE
STARTS HERE

"This correspondence
an Alabama State Prison.
not been
Department
for the
communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.58
02 1P
0003057532     AUG 15 200.
MAILED FROM ZIP CODE 35034

36101071i B007