IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On August 16, 2007, the plaintiff filed a request for service of process (Court Doc. No. 8) in which he requests that this court "effect service of process of all pleadings plaintiff submits ... on the defendants because of cost considerations." The court therefore construes this document as a motion for service of documents. Upon consideration of the motion for service of documents, and as it is the plaintiff's responsibility to provide copies of all such documents to the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 16th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE