In The District Court for The United States
For The Middle District Of Alabama
Northern Division                              (Original)

Roy Lee McAteer #167346
    Plaintiff
vs.                                    Civil Action No. 2:07-CV-692-WKW
Bob Riley, et. al.,
    Defendants

Motion For Extension Of Time

Comes now, Roy Lee McAteer, the plaintiff in the above styled cause and moves this Honorable Court to grant this motion For Extension of Time and in support thereof states the following:

1. The Court issued an order on 9-18-07 directing plaintiff to file a response to the written report filed by the defendants, however, no such report has been made available to plaintiff as of this date 9-20-07.

2. My complaint as amended encompasses six separate grounds for relief, The Due Process Clauses - substantive and procedural - The Bill of Attainder Clause, The Double Jeopardy Clause, The Ex Post Facto Clause, and The Equal Protection Clause. These issues are extremely complex and the research and application of applicable case law is a herculean task for one person to undertake.

It involves the reading and interpretation of dozens, if not hundreds, of related cases and state and federal statutes. It involves extensive note taking.

3. On 8-18-07, after having asked for two months, I was finally issued a Law Library Pass by the authorities at Bibb County Corr. Facility. Even with it however I only have access to this library for approximately fourteen hours a week and this under "horrific conditions" for the undertaking of the task at hand. During the time allotted me for use of the library I frequently have to change tables because of the distraction of someone beating on the table at which I am sitting or the one next to me. On Tuesday, which is my assigned day, if I leave the library at mealtimes invariably I am denied re-entry for one or two hours at lunch and then again at dinner. So really, to be specific, my weekly Law Library time is more like ten to twelve hours and subtract from this the time spent moving from seat to seat I would say my true access to the resources in Bibb County's Law Library is about eight to nine hours a week. This is grossly insufficient.

The defendants have at their disposal the resources of the entire State of Alabama. They have a multitude of lawyers with years and years of experience and every resource known (Legal) to man available to them. They have clerks and paralegals to do their research and write their briefs for them. I have only myself and what is available to me in the Law Library of this facility.

4. It would be in the interests of judicial fairness to let this motion issue.

Conclusion

With the above premises considered the plaintiff prays that this Honorable Court will grant the foregoing motion and allow him a (60) sixty or even (90) ninety day extension so that he can fully, and to the best of his ability and circumstances, comply with the Court's Order to file a response to the defendants' written report. Plaintiff also asks that the Court take special notice of the fact that he has not received a copy of defendants' written report.

Respectfully submitted this 20th day of September 2007.

                                                Roy Lee McAteer 147346
                                                Movant

## Certificate of Service

I, Roy Lee McAteer, do hereby certify that I have served a true and correct copy of the foregoing Motion for Extension Of Time upon the defendants, Bob Riley et. al., by placing same, postage pre paid in the United States Mail.

                                                Roy Lee McAteer 147346
                                                Affiant

Roy McAteer 147346
(Al-30R) 565 Bibb Lane
Brent, Al. 35034

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003057532
MAILED FROM ZIP CODE 35034
$ 000.41⁰
SEP 24 2007