IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 1, 2007 (Court Doc. No. 16), which the court construes as a motion to strike the defendants' special report, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before October 15, 2007 the defendants shall provide the plaintiff with copies of pages 20-21 of their special report.

Done this 3rd day of October, 2007.

 /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE