IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on October 9, 2007 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from October 8, 2007 to and including October 29, 2007 to file objections to the Recommendation entered on September 25, 2007 (Court Doc. No. 14).

Done this 9th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE