IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On October 12, 2007, the plaintiff filed a document in which he seeks to present additional facts in support of his complaint (Court Doc. No. 21). The court construes this document as a motion to amend facts in support of the instant complaint. Upon consideration of the motion to amend facts, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 15th day of October, 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE