IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend facts in support of the complaint filed by the plaintiff on October 23, 2007 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before November 20, 2007 the defendants shall file a supplement to their special report which addresses the additional facts contained in the amendment filed by the plaintiff.

Done this 23rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE