IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346 | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CASE NO.: 2:07-CV-692-WKW ) |
| GOVERNOR BOB RILEY, et al. | ) ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW the State of Alabama, by and through **Governor Bob Riley, Attorney General Troy King,** and **the Alabama Department of Public Safety,** and pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Supplemental Special Report. In support of the foregoing, Defendants show as follows:

1. On October 23, 2007, this Honorable Court ordered the Defendants to file a supplement to their Special Report which addresses the additional facts contained in the amendment filed by the Plaintiff.

2. Undersigned counsel respectfully requests additional time to properly address the multitude of claims alleged by the Plaintiff.

3. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an Enlargement of time for thirty (30) additional days, to December 20, 2007, to file their supplemental response.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


/s/ *Joshua S. Bearden*
Joshua S. Bearden (BEA070)
ASST. ATTORNEY GENERAL
Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this 20th day of November, 2007, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Roy Lee McAteer, AIS #147346
Bibb County Correctional Center
565 Bibb Lane
Brent, AL 35034

Ms. Lindsey Clements
Legal Division
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511

                                        /s/ *Joshua S. Bearden*
                                        OF COUNSEL