IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY LEE MCATEER, #147346,    )
                              )
        Plaintiff,          )
                              )
    v.                    )  CIVIL ACTION NO. 2:07-CV-692-WKW
                              )
BOB RILEY, et al.,         )
                              )
        Defendants.    )

**ORDER ON MOTION**

Upon review of the written report filed by the defendants on December 6, 2007 (Court Doc. No. 28), and as this report fails to adequately address each of the claims for relief before this court, it is

ORDERED that on or before December 21, 2007 the defendants shall file a supplement to their report which addresses the plaintiff's claim that (i) the Alabama Community Notification Act ["the Act"] is violative of equal protection because it is not applied to inmates who commit sexual offenses, i.e., public masturbation, while in prison, *Plaintiff's October 12, 2007 Amendment to the Complaint - Court Doc. No. 21* at 3, (ii) the Act "is essentially a civil commitment statute ... inappropriately applied through the criminal justice system which allows the state to circumvent the procedural protections that civil commitment proceedings require[,]" and (iii) the Act requires a determination that plaintiff is "mentally ill and dangerous" but provides no treatment for such condition,

*Plaintiff's October 23, 2007 Amendment to the Complaint - Court Doc. No. 23* at 3.

Done this 6th day of December, 2007.


 /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE