(Original)

In The District Court Of The United States
For The Middle District Of Alabama

Roy Lee McAleer
    Plaintiff

vs.

Bob Riley et.al.,
    Defendants

Case No. 2:07-CV-692-WKW

## Motion For Enlargement Of Time

Comes now, Roy Lee McAleer, the plaintiff in the above styled cause by and through himself pro-se and moves this Honorable Court for an enlargement of time in which to file a response to the defendants' Special Reports. And in support thereof, plaintiff presents the following:

1. Plaintiff received notice from this Honorable Court on or about approximately 12-20-06 that the Court had reviewed the most recent written report filed by the defendants and made a determination that I, as the plaintiff should file a response in opposition to such pleadings.

2. Plaintiff respectfully requests an enlargement of 90 days in addition to the January 10th, 2008 deadline for responding set by this Honorable Court.

3. This enlargement will enable the Plaintiff to more fully and

comprehensively respond and should not prejudice or disadvantage the defendants.

Wherefore, with the foregoing premises considered, plaintiff prays that this Honorable Court will grant the foregoing motion and allow him a 30 day enlargement in which to respond to the defendants' most recent Special Report.

Respectfully Submitted
This 4th day of ~~~~ January 2008.

Roy Lee McAteer
Plaintiff

Certificate Of Service

I Roy Lee McAteer do hereby certify that I have served a true and correct copy of the foregoing upon the defendants, Bob Riley et. al., by placing same, postage pre-paid, and properly addressed in the United States Mail.

Done this 4th day of ~~~~ January, 2008.

Roy Lee McAteer 147346
Affiant

Roy McAfee 147346
SCS B66 La.
Brent Al. 36034

"This correspondence is forwarded from an Alabama State Prison. The contents have not been examined, and the Alabama Department... is not responsible for the... of the enclosed communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

(Legal Mail 3 pgs.)

$ 000.41⁰
02 1P
0003057532  JAN 04 2008
MAILED FROM ZIP CODE 35034

36101307711