IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Roy Lee McAteer, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07- cv-692
)
Bob Riley et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Bob Riley and Troy King__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| State of Alabama | |
| | |
| | |

1/28/2008
Date

/s/ Joshua S. Bearden
(Signature)

Joshua S. Bearden
(Counsel's Name)

Riley and King
Counsel for (print names of all parties)

Office of Attorney General
11 South Union Street, Montgomery, Al 36130
Address, City, State Zip Code

334-353-3198
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, _Joshua S. Bearden_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _28th_ day of _January_ 20_08_, to:

Roy McAteer #147346, Bibb County Corr. Center, 565 Bibb Lane, Brent Alabama 35034

1/28/2008                                           /s/ Joshua S. Bearden
Date                                                Signature