IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Roy McAteer
_____,
    Plaintiff,

v.   CASE NO. 2:07-cv-692

Bob Riley et al.
_____,
    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Department of Public Safety__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**       **Relationship to Party**

_____     _____

_____     _____

_____     _____

_____     _____

1/28/2008       /s/ Joshua S. Bearden
Date       (Signature)

Joshua S. Bearden
(Counsel's Name)

Department of Public Safety
Counsel for (print names of all parties)
Office of the Attorney General
11 South Union Street, Montgomery, Alabama 36130
Address, City, State Zip Code
334-353-3198
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

# CERTIFICATE OF SERVICE

I, _Joshua S. Bearden_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _28th____ day of _january_____ 20_08_, to:

Roy McAteer #147346, Bibb County Corr. Center, 565 Bibb Lane, Brent Alabama 35034

12/28/2008                                             /s/ Joshua S. Bearden
    Date                                                      Signature