In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED

2008 FEB -8 A 9: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(Original)

Randall McAteer, #147346
    Plaintiff

US.

Bob Riley et.al.,
    Defendants

Case No. 2:07-CV-692-WKW

Motion For Enlargement of Time

Comes now, Ray Lee McAteer, the plaintiff in the above styled cause and moves this Honorable Court to grant this Motion and in support thereof presents the following:

1.  Because of limited access to Law Library resources, the total lack of typewriters and having to compete with other inmates for access to carbon paper for copying purposes, the horrendous environment, the complexity of the issues, and the length of the brief, plaintiff has need of an additional ten to fourteen days in which to prepare and respond to the supplemental Special Report filed by the defendants on 12-20-07.

2.  This additional time will allow plaintiff to reproduce and retain copies of the documents which he is, at this very moment, endeavoring to prepare.

3.  This enlargement is "much needed" and should not prejudice or

2.

disadvantage the defendants.

Wherefore, with the foregoing premises considered, plaintiff prays that this Honorable Court will recognize the urgency of the foregoing motion and allow him an additional 10-14 day extension/enlargement in which to respond to the defendants most recent Special Report.

Respectfully Submitted this
7th day of February 2008.

Roy Lee McAteer
Plaintiff

Certificate of Service

I, Roy Lee McAteer, do hereby certify that I have served a true and correct copy of the foregoing upon the defendants, Bob Riley Et.al., by placing same, postage prepaid and properly addressed in the United States Mail.

Done this 7th day of February 2008.

Roy Lee McAteer 147346
Affiant

Roy McAteer 147346
565 Bibb Ln. (Al-37)
Brent, Al.
35034

BIRMINGHAM AL 352
07 FEB 2008 PM 5 L

"LET US DARE TO RE...
THINK, SPEAK AND...
John Adams, 1765
powerofthele...com

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Al.
36101-0711

3610130711

(Legal Mail 2 pgs.)

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated ... of the Alabama
Department ... ... ...
for the ... ... ...
communication."