IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY LEE MCATEER, #147346,    )
                             )
    Plaintiff,               )
                             )
    v.                       )   CIVIL ACTION NO. 2:07-CV-692-WKW
                             )
BOB RILEY, et al.,           )
                             )
    Defendants.              )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on February 8, 2008 (Court Doc. No. 38), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from February 11, 2008 to and including February 25, 2008 to file a response to the defendants' special reports.

Done this 11th day of February, 2008.

  /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE