RECEIVED (Original)

In The District Court of The United States
For The Middle District of Alabama
Northern Division

Roy Lee McAteer
Plaintiff

vs.                                Case No. 2:07-CV-692-WKW

Bob Riley et. al.,
Defendants

Motion To Supplement

Comes now Roy Lee McAteer, the plaintiff in the above styled cause, and moves this Honorable Court to grant this Motion To Supplement and in support thereof presents the following:

1.  The supplemental material is simply an affidavit (enclosed herein) presented in support of the instant complaint.

2.  The supplemental material should not predjudice or disadvantage the defendants and should facilitate the Court's determinations as to the facts of this matter.

Respectfully submitted this 28th day of February 2008.

Roy McAteer 147346

## Certificate of Service

I, Roy Lee McAteer, do hereby certify that I have served upon the defendants a true and correct copy of the herein enclosed affidavit by placing same, postage pre-paid and properly addressed in the United States mail.

Done this 28th day of February, 2008.

Roy McAteer
Affiant

Roy McAteer 147346
565 Bibb Ln.
Brent, Al. 35034



Office of The Clerk
United States District Court
P.O. Box 711
Montg., Al. 36101-0711

Legal Mail (6 pgs)

Affidavit In Support

Case No.
2:07-CV-692-WKW

Christopher Lee 191746

I was at Ventress Correctional Center finishing a ten year sentence. I discharged that sentence November 11th, 2005. I was then taken to the front gate of Ventress where a Barbour County transfer officer picked me up with a warrant for my arrest. A class C felony saying that because I had failed to provide an established address that I would be held in the Barbour County Jail until I could find a place to go. And, that if I did not find a place before the Grand Jury convened, then I would be indicted and sent back to prison. I couldn't find a place so here I am back in prison.

And I still don't have a place to go and am getting close to discharging this sentence and then will have to go through this all over again. It seems that I will be in prison for the rest of my life because I do not have the money to find a place to live and the state offers no help.

I swear and affirm that the foregoing is true and correct.

Date - February 28th, 2008.

_Chris Lee_
Affiant

_Laura_
Notary Public                 My commission expires 9-1-2010