RECEIVED

(Original)

In The United States District Court For
The Middle District of Alabama

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Lee McAteer 147346
us.                                    Case # 2:07-CV-692-WKW
Bob Riley et. al.,

Motion To Supplement

Comes Now, Roy Lee McAteer, the plaintiff in the above styled
cause and moves this Honorable Court to allow him to present this
supplement and in support thereof states the following:

1.     The supplement plaintiff is seeking to present is the herein
enclosed Statement of Occurrence, Friday March 14th, 2008.

2. The supplement is simply evidentiary material presented in support
of the instant complaint.

Respectfully submitted this 18th day of March, 2008

Roy Lee McAteer
Plaintiff

Certificate of Service

I, Roy Lee McAteer, do hereby certify that I have served upon the defendants a true and correct copy of the foregoing by placing same in the United States Mail, postage pre-paid, and properly addressed.

Done this 18th day of March, 2008.

Roy Lee McAteer
Affiant

Roy McAteer 147346
565 Bibb Ln.
Brent, Al. 35034

"LET US DARE TO READ, THINK, SPEAK, AND WRITE." John Adams
BIRMINGHAM AL 352
UNITED STATES POSTAGE
PITNEY BOWES
$ 000.17
02 1P
0003057532 MAR 27 2008
MAILED FROM ZIP CODE 35034

Office of The Clerk
United States District Court
P.O Box 711
Montg., Al. 36101-0711

Legal Mail (6 pgs)

36101$0711

Regards Case # 2:07-CV-692-WKW Roy McAteer vs. Bob Riley et. al.,

Statement of Occurrence, Friday March 14th, 2008.

At about 1:45 P.M. today I was called to see a Ms. Howard in classification here at Bibb County in regards to a request slip I had submitted asking for telephone use and access to a phonebook for the Tuscaloosa area so that I might contact someone who could help me obtain an address.

This lady, Ms. Howard, had a Tuscaloosa area phonebook right there on her desk. She not only refused to allow me to look at it, but the only # she would give me out of it was for the Tuscaloosa County Juvenile Court even though I specifically asked for my Mother's, Leona Faust. David Lee Vail, an old friend, works at the Juvenile Court Building, but it is laughable to expect me to call him collect, at his workplace, where a receptionist routes all calls... Flat out laughable. Yet the implied threat was that I had better do something. How can I even attempt to comply with CNA. when I am denied the means to contact the people that would possibly help me do so. My Mother is almost blind, having had surgeries on both eyes and 74 years old on top of that. I made it perfectly clear to this lady that writing was out of the question. Besides, I have not spoken with her in almost three years. Because of my nephews and nieces running her phone bill sky high she has a collect call block on her phone.

The phonebook right there in front of her. ... Why even call me up there? She knew she was not going to let me look at it. And she knew she was not going to give me any usable

information.

It was done for cruelty. These people are forcing me to commit a crime and they know the stress this is putting me under. The Warden knows, the Assistant Warden knows, the Classification Personnel know, the Psychologist, Dr. Torres, also knows. I am currently housed in a facility where black inmates gather in groups on the sidewalk and openly masturbate. I am housed in a facility where black gang members are allowed to gather in groups of 15 and 20 inside an auditorium type housing unit and beat on plexiglass windows. It is like being inside a drum with no escape. On this past Thanksgiving an inmate at the table next to me in the dining hall was sitting there openly masturbating. This isn't ▇▇ exaggeration or anger. This is facts. And on top of all of this I am under the stress of being forced to commit a crime by people who are acting in concert and taking pleasure from seeing me go through this.

On the request slip I submitted to the Warden, copied Dr. Torres, I also asked for information about getting the two years probation out of Montgomery County transferred to Florida. These people won't help me with obtaining this information either. Well, these people have official jobs and they have official titles and I Am Not Going to Stop Writing. I am a Natural Born Citizen of This Nation . . . And the Substantive component of The 14th Amendment's Due Process Clause, and the Eighth Amendment's prohibition on Cruel and Unusual Punishment . . . These people are acting in concert and taking pleasure from the denial of my Natural Born Rights.

Have A Good Day,

Roy McAteer

Copied: ~~Rex Allen State of Alabama Prison Commissioner~~

Copied: United States District Court, Middle District of Alabama

Copied C.B.S. News – 60 Minutes    ~~via E-Mail~~

Copied ~~Katie Couric CBS News via E-Mail~~

Copied Tuscaloosa News    ~~via E-Mail~~

Copied ~~Warden Cheryl Price Bibb Co. Al. Corr. Facility~~

Copied State of Alabama Attorney General Troy King

I swear and affirm that the foregoing is true and correct.

Respectfully submitted this 25th day of March, 2008.

_Roy McAteer_
Affiant

_Laura Hines_
Notary Public

My Commission Expires 9-1-2016