IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, #147346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-692-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motions to supplement complaint filed by the plaintiff on March 28, 2008 (Court Doc. No. 44 and Court Doc. No. 45), which the court construes as motions to supplement responses to the defendants' special reports, and for good cause, it is

ORDERED that these motions be and are hereby GRANTED.

Done this 28th day of March, 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE