RECEIVED
2008 APR -4 A 9 31
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(Original)

In The District Court Of The United States
For The Middle District of Alabama

Roy Lee McAteer
Plaintiff

vs.

Bob Riley et.al.,
Defendants

Case No. 2:07-CV-692-WKW
Three Judge District Court Requested

Notice of Information In Support of Motion For
Preliminary Injunction And Temporary Restraining Order

Comes now, Roy Lee McAteer, the plaintiff/movant in the above styled cause and requests that this Honorable Court receive this Notice of Information In Support of Motion For Preliminary Injunction And Temporary Restraining Order and in support thereof plaintiff presents the following:

1. On 4-2-08 plaintiff received from this Honorable Court an Order denying his request for relief on Ex Post Facto Grounds. Plaintiff says/ avers that he has no problem accepting this Order. Plaintiff recognized that his argument on this ground was weak - But, at the time he was restricted to less than 6 hours a week law library access and that it was only after he was able to procure additional time that he was able to fully and thoroughly research the issues he has brought before the Court.

2. Subsequent to the Objection To Recommendation of Magistrate Judge Plaintiff filed an Amendment of Facts. In this Amendment of Facts additional grounds for relief were raised and This Honorable Court ordered the defendants on 10-23-07 to respond, I do have a record of proceedings but not right here in front of me. — In any event, the defendants completed their responses some time in November I think. (Special Reports).

On 2-13-08 I filed a Response-To Defendants Special Report. I spent a lot of time on this document and I would Very Respectfully and Very Humbly request of this Honorable Court to reconsider my Motions for Injunctive and Restraining Relief — Taking special notice of the following sections of Court Document 40.

1. Grounds for Relief / Claims For Relief on Bill of Attainder grounds. Separation of Powers.
2. Claims for Relief under Due Process — Both procedural and substantive.
3. Claims for Relief on Eighth Amendment Grounds.
4. Claims for Relief on Equal Protection Grounds.

3. Plaintiff/Movant asks the Courts forgiveness for his ignorance, but he was under the impression that a Recommendation on these Amended grounds/Facts would be issued as the first one was.

Wherefore, plaintiff submits this Notice of Information in good faith and respectfully requests this Honorable Court to receive it in support of Motion For Injunctive and restraining relief.
Done this 3rd day of April, 2008.                    Roy McAteer

Roy Lee McAfee 147346
565 Bibb Ln.
Brent, Al. 35034




Office of The Clerk
United States District Court
P.O. Box 711
Montg. Al. 36101-0711