IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MCATEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-692-WKW |
| ) | (WO) |
| BOB RILEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on plaintiff's Objection to Orders of the Court as Entered on 3-31-08 and 4-7-08 (Doc. # 51) and plaintiff's Motion for Reconsideration Preliminary Injunction (Doc. # 52). The court construes the plaintiff's Objection as a Motion for Reconsideration. The court finds for the reasons contained within its March 31, 2008 (Doc. # 47) and April 7, 2008 (Doc. # 50) orders that the motions are due to be DENIED.

Accordingly, it is ORDERED that

1. Plaintiff's Objection to Orders of the Court as Entered on 3-31-08 and 4-7-08 (Doc. # 51) construed as a motion is DENIED.

2. Plaintiff's Motion for Reconsideration Preliminary Injunction (Doc. # 52) is DENIED.

DONE this 15th day of April, 2008.

                                                       /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE