## Affidavit In Support

Case No.
2:07-CV-692-WKW

Christopher Lee 191746

I was at Ventress Correctional Center finishing a ten year sentence. I discharged that sentence November 11th, 2005. I was then taken to the front gate of Ventress where a Barbour County transfer officer picked me up with a warrant for my arrest. A class C felony saying that because I had failed to provide an established address that I would be held in the Barbour County Jail until I could find a place to go. And, that if I did not find a place before the Grand Jury convened, then I would be indicted and sent back to prison. I couldn't find a place so here I am back in prison.

And I still don't have a place to go and am getting close to discharging this sentence and then will have to go through this all over again. It seems that I will be in prison for the rest of my life because I do not have the money to find a place to live and the state offers no help.

I swear and affirm that the foregoing is true and correct.

Date - February 28th, 2008.

_____
Affiant

_____   My commission expires 9-1-2010
Notary Public