IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY LEE McATEER, AIS # 147346 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-692-WKW |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 59) it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Mr. McAteer's claims are DISMISSED without prejudice, so that his challenges to the Alabama Community Notification Act may proceed before this court in a single cause of action, case number 2:09-CV-361-TMH-SRW.

DONE this 11th day of March, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE